IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHYENNA TORRES** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| **MAVERICK CONCIERGE CORP.,** | : | |
| *Defendant.* | : | No. 25-cv-0551 |

## ORDER

**AND NOW**, this **22nd** day of **April 2025**, upon consideration of Plaintiff's Motion for Entry of Default Judgment (ECF No. 11), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion (ECF No. 11) is **GRANTED**.

2. A hearing on the amount of damages will be held on Wednesday, **May 14, 2025 at 9:30 a.m.**, before the Honorable Chad F. Kenney in Courtroom 11B, 601 Market St., Philadelphia, PA 19106, after which the Court will enter judgment.

3. Plaintiff shall serve this Order, the accompanying Memorandum Opinion, and the date and purpose of the above hearing, on Defendant by **May 7, 2025**, at the following address: Mark Morcos, 1101 Ludlow St., Philadelphia, PA 19107.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**